# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00553-CV

**In re Chad Fenley Davis**

## ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Chad Fenley Davis sought a writ of mandamus to compel a ruling on his petition for expunction of records. The Court has received a copy of the order granting the expunction petition, signed January 5, 2007. The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

G. Alan Waldrop, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed: February 9, 2007